# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-279
Lower Tribunal No. CF18-007258-XX

———————————————

COREY WESLEY JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Corey Wesley Jones, Wewahitchka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED